UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

   - against -

MIMEDX GROUP, INC., PARKER H. PETIT,
WILLIAM C. TAYLOR, and MICHAEL J.
SENKEN,

        Defendants.
------------------------------------X

**O R D E R**

19 Civ. 10927 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

By letter, dated January 26, 2020, the United States Attorney's Office for the Southern District of New York sought leave to move to intervene and to stay all discovery (with certain limited exceptions) until the conclusion of the parallel criminal case, <u>United States v. Petit et al.</u>, 19 Cr. 850(JSR). The Government's motion to intervene is granted. The Government is also granted leave to move for a stay. That motion should be made promptly. In addition, a temporary stay of discovery is imposed in this case at least until the resolution of Government's motion.

Dated:    New York, New York
            February 5, 2020

                                                NAOMI REICE BUCHWALD
                                                UNITED STATES DISTRICT JUDGE